## Frankhouser, Appellant, v. Dobinsky.

Argued December 11, 1970. *William R. Bernhart,* with him *Austin, Speicher, Boland, Connor & Giorgi,* for appellant; *Peter F. Cianci,* for appellee.

Decree affirmed.